

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2020

No. 04-20-00191-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Arturo **LOPEZ** and Elizabeth Lopez,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01577
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The clerk's record was originally due April 2, 2020, but was not filed. On April 2, 2020, the district clerk filed a notification of late record, requesting an extension until April 30, 2020 to file the record. After consideration, we **GRANT** the request and **ORDER** the district clerk to file the record by **April 30, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court